IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01316-WYD-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID J. MYERS,

    Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER comes before the Court on the parties' stipulated motion to dismiss the above-captioned matter.

THE COURT having reviewed said motion and being apprised of the contents therein, HEREBY **GRANTS** the parties' stipulated motion to dismiss with prejudice. Therefore, this matter is hereby **DISMISSED WITH PREJUDICE**, each party to pay their own costs, expenses, and attorneys' fees.

Dated:  February 2, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge